1  DANIEL G. SWANSON (SBN 116556)
   dswanson@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice* forthcoming)
   crichman@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
7  Washington, DC 20036-5306
   Telephone: 202.955.8500
8  Facsimile: 202.467.0539

9  Attorneys for Defendant,
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION,<br><br>            Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>            Defendant. | CASE NO. 4:22-cv-04174-JSW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)**<br><br>―――――――――――――<br><br>The Honorable Jeffrey S. White |

Plaintiff Affinity Credit Union ("Plaintiff") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiff filed its Class Action Complaint ("Complaint") on July 18, 2022;

WHEREAS, Apple was served with the Complaint on July 20, 2022;

WHEREAS, absent an extension, Apple's deadline to answer or otherwise respond to the Complaint is August 10, 2022;

WHEREAS, the Parties have met and conferred and Plaintiff has agreed to extend Apple's August 10, 2022 deadline until October 7, 2022 in light of competing deadlines and pre-existing travel obligations;

WHEREAS, the Parties also agreed that Plaintiff's deadline to oppose any motion to dismiss filed by Apple shall be extended to November 18, 2022 and the deadline for Apple to file a reply in support of any motion to dismiss shall be extended to December 9, 2022;

WHEREAS, such extensions will not alter an event or deadline already fixed by Court order;

THEREFORE, the parties, through their counsel, hereby stipulate:

1. Apple will answer or otherwise respond to the Complaint on or before October 7, 2022.

2. Plaintiff will oppose any motion to dismiss the Complaint on or before November 18, 2022.

3. Apple will file a reply in support of any motion to dismiss the Complaint on or before December 9, 2022.

**IT IS SO STIPULATED.**

//

//

| | | |
|---|---|---|
| 1 | Dated: August 2, 2022 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | Daniel G. Swanson |
| 3 | | Cynthia E. Richman |

By: */s/ Cynthia Richman*
Cynthia E. Richman
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8234

*Attorneys for Defendant Apple Inc.*

Dated: August 2, 2022         HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Ben Harrington

By: */s/ Ben Harrington*
Ben Harrington
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.623.0594

*Attorneys for Plaintiff Affinity Credit Union*

### ECF SIGNATURE ATTESTATION

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: August 2, 2022         GIBSON, DUNN & CRUTCHER LLP

By: */s/ Cynthia Richman*
Cynthia E. Richman
Attorneys for Defendant Apple Inc.