UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.  22-cv-04174-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' joint case management conference statement, and it HEREBY CONTINUES the case management conference from October 21, 2022 to February 3, 2023, in light of the pending motion to dismiss and motion to stay discovery. The parties shall submit an updated joint case management conference statement by January 27, 2023.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
JEFFREY S. WHITE
United States District Judge