Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
ekelly@sperling-law.com
jvanek@sperling-law.com
jbergman@sperling-law.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION,<br><br>                              Plaintiff,<br><br>        v.<br><br>APPLE INC., a California corporation,<br><br>                              Defendant. | Case No. 4:22-cv-04174-JSW<br><br>**NOTICE OF INTENT TO AMEND COMPLAINT** |

011032-12/2049215 V1

1       Plaintiff Affinity Credit Union ("Affinity") hereby provides notice of its intent to amend its

2   Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

3       Apple moved to dismiss the Complaint on October 7, 2022, and the parties stipulated to

4   extend Affinity's opposition deadline from October 21, 2022 to November 18, 2022 (ECF No. 15).

5   Pursuant to Rule 15(a)(1)(B), Affinity has until October 28, 2022 to amend its Complaint as a matter

6   of course, and Affinity intends to file an Amended Complaint on or before that date.  The Amended

7   Complaint will supersede the original and moot Apple's motion to dismiss, such that no response to

8   the motion is required.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir.

9   2015).  In this posture, Affinity does not believe there is any need for the Court to so-order the

10  parties' stipulation extending Affinity's opposition deadline, and Affinity is not requesting such

11  action at this time.  Pursuant to Rule 15(a)(3), Apple will have fourteen (14) days to respond to

12  Affinity's Amended Complaint.

13

14  DATED: October 21, 2022        **HAGENS BERMAN SOBOL SHAPIRO LLP**

15          By    */s/    Steve W. Berman*

16            Steve W. Berman (*pro hac vice*)

         1301 Second Avenue, Suite 2000

17          Seattle, WA 98101

        Telephone: (206) 623-7292

18          Facsimile: (206) 623-0594

        steveb@hbsslaw.com

19

20          Ben M. Harrington (SBN 313877)

        715 Hearst Avenue, Suite 202

21          Berkeley, CA 94710

        Telephone: (510) 725-3000

22          Facsimile: (510) 725-3001

        benh@hbsslaw.com

23

24          Eamon P. Kelly (*pro hac vice forthcoming*)

        Joseph M. Vanek (*pro hac vice forthcoming*)

25          Jeffrey H. Bergman (*pro hac vice forthcoming*)

        **SPERLING & SLATER, P.C.**

26          55 W. Monroe Street, 32nd Floor

        Chicago, IL 60603

27          Telephone: (312) 676-5845

28          Facsimile: (312) 641-6492

ekelly@sperling-law.com
jvanek@sperling-law.com
jbergman@sperling-law.com

*Attorneys for Plaintiff Affinity Credit Union*