# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Affinity Credit Union, et al.

                    Plaintiff(s)

v.

Apple Inc.

                    Defendant(s)

CASE No C 4:22-cv-04174-JSW

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: April 4, 2023          /s/ Meaghan Thomas-Kennedy, Apple Inc.
                                                    Party

Date: April 4, 2023          /s/ Belinda S Lee, Latham & Watkins LLP
                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: April 4, 2023          /s/ Belinda S Lee
                                                    Attorney

Signature Attestation:  I, Belinda S Lee, am the CM/ECF user whose ID and password are being used to file this ADR Certification.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from Meaghan Thomas-Kennedy.

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*