UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04174-JSW<br><br>**ORDER APPROVING STIPULATION TO AMEND CASE SCHEDULE PURSUANT TO LOCAL RULE 6-2**<br><br>Re: Dkt. No. 79 |

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT the case schedule is amended in accordance with the following dates:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| **Initial Disclosures** | December 8, 2023 | Completed |
| **Substantial Completion of Documents and Data** | June 20, 2024 (with rolling productions being made throughout the discovery period as materials are ready to be produced) | November 22, 2024 (excluding any documents or data subject to pending or forthcoming motions, and with rolling productions being made throughout the discovery period as materials are ready to be produced) |
| **Class Certification Motion and Supporting Expert Report(s)** | September 6, 2024 | February 7, 2025 |
| **Exchange Expert Backup Materials for Class Certification Motion** | September 10, 2024 (by 5 pm) | February 11, 2025 (by 5 pm) |
| **Class Certification Opposition and Supporting Expert Report(s)** | December 17, 2024 | May 19, 2025 |
| **Exchange Expert Backup Materials for Class Certification Opposition** | December 20, 2024 (by 5 pm) | May 22, 2025 (by 5 pm) |

| Event | Existing Deadline | New Deadline |
|---|---|---|
| **Class Certification Reply and Expert Rebuttal Report(s)** | February 25, 2025 | July 22, 2025 |
| **Exchange Expert Backup Materials for Class Certification Reply** | February 28, 2025 (by 5 pm) | July 25, 2025 (by 5 pm) |
| **Close of Fact Discovery** | April 12, 2025 | September 15, 2025 |
| **Exchange of Expert Report(s)** | August 21, 2025 (by 5 pm) | January 23, 2026 (by 5 pm) |

**IT IS SO ORDERED.**

Dated: August 5, 2024

_____
JEFFREY S. WHITE
United States District Judge