UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  22-cv-04174-JSW<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING ON PLAINTIFFS' STANDING TO OBJECT TO ABSENT CLASS MEMBER SUBPOENAS**<br><br>Re: Dkt. No. 80 |

In their joint letter brief, (Dkt. No. 80), the parties do not engage meaningfully with the question of Plaintiffs' standing to challenge the "Large Issuer" subpoenas.  Parties generally lack standing to challenge subpoenas issued to third parties.  *Kowalski v. Tesmer*, 543 U.S. 125, 130 (2004).  The Court has determined that additional briefing on this limited issue is necessary.

Each side may submit a brief of up to seven pages in length regarding whether Plaintiffs have standing for their challenge.  The briefs shall be filed no later than August 23, 2024.  No response or reply briefs will be considered without leave of Court.

**IT IS SO ORDERED.**

Dated: August 16, 2024

_____
JEFFREY S. WHITE
United States District Judge