UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04174-JSW<br><br>**ORDER OF REFERRAL REGARDING DISCOVERY**<br><br>Re: Dkt. No. 123 |

Pursuant to Local Rule 72-1, all discovery disputes in this matter, including the pending discovery letter at Docket No. 123, are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: March 25, 2025

_____
JEFFREY S. WHITE
United States District Judge

CC: Magistrate Judge Referral Clerk