Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*Additional counsel on signature page*

Belinda S. Lee (Cal. Bar No. 199635)
Sarah M. Ray (Cal. Bar No. 229670)
Aaron T. Chiu (Cal. Bar No. 287788)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. 4:22-cv-4174-JSW-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING PAGES FOR EXHIBITS IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF**<br><br>Judge: The Honorable Kandis A. Westmore |

Pursuant to Civil Local Rule 7-11, Plaintiffs and Defendant Apple Inc. (together, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the Parties are submitting a Joint Letter Brief outlining certain disputes related to the adequacy of Apple's privilege log;

WHEREAS, this Court's Standing Order sets a 12-page limit for exhibits to Joint Letter Briefs;

WHEREAS, the Parties agree that submission of additional materials beyond the 12-page limit may assist the Court in adjudicating the disputes outlined in the Joint Letter Brief;

WHEREAS, having met and conferred, and subject to the Court's authorization, the Parties **STIPULATE AND AGREE** to the submission of the following exhibits accompanying the Joint Letter Brief: (a) Apple's current privilege log (Exhibit A); (b) Consumer Credit Union's and GreenState Credit Union's current privilege logs (Exhibit B); and (c) APL-ACU_00988945-964 (Exhibit C).

By:___/s/___Ben M. Harrington_____
Ben M. Harrington (Cal. Bar No. 313877)
 benh@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: +1.510.725.3000

Steve W. Berman (*pro hac vice*)
 steveb@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292

By:___/s/___Belinda S Lee_____
Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
 sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
SPERLING KENNY
NACHWALTER, LLC
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
Facsimile:  (312) 641-6492
ekelly@sperlingkenny.com
jvanek@ sperlingkenny.com
jbergman@ sperlingkenny.com

1
2
3
4

Phillip F. Cramer (*pro hac vice*)
SPERLING KENNY
NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile:  (312) 641-6492
pcramer@ sperlingkenny.com

5
6

*Attorneys for Plaintiffs and the
Proposed Class*

7
8

## SIGNATURE ATTESTATION

9
10
11
12
13

I, Ben M. Harrington, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Enlarging Pages for Exhibits in Support of Joint Discovery Letter Brief Pursuant to Local Rule 6-2. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

14
15
16
17

DATED: April 10, 2025                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ben M. Harrington*
Ben M. Harrington (SBN 313877)

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER ENLARGING PAGES                    No. 4:22-cv-4174-JSW-KAW

**[PROPOSED] ORDER**

Having considered the Parties' stipulation and Plaintiffs' accompanying administrative motion, IT IS HEREBY ORDERED THAT this Court's page limits for Joint-Letter Brief exhibits, *see* Standing Order ¶ 14(b)(ii), shall be enlarged to accommodate Exhibits A-C to the Parties' Joint Letter Brief outlining disputes related to Apple's privilege log.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge