1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AFFINITY CREDIT UNION et al., | CASE NO. 4:22-cv-04174-JSW |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION TO MODIFY CASE SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-2** |
| v. | |
| APPLE INC., | Re: Dkt. No. 136 |
| Defendant. | |

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following dates:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Class Certification Opposition and Supporting Expert Report(s) | May 19, 2025 | June 18, 2025 |
| Exchange Expert Backup Materials for Class Certification Opposition | May 22, 2025 (by 5 pm) | June 23, 2025 (by 5 pm) |
| Class Certification Reply and Expert Rebuttal Report(s) | July 22, 2025 | August 19, 2025 |
| Exchange Expert Backup Materials for Class Certification Reply | July 25, 2025 (by 5 pm) | August 25, 2025 (by 5 pm) |
| Close of Fact Discovery | September 15, 2025 | October 15, 2025 |
| Exchange of Expert Report(s) | January 23, 2026 (by 5 pm) | January 23, 2026 (by 5 pm) **(same)** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 14, 2025                    By: _____
                                         THE HONORABLE JEFFREY S. WHITE
                                         United States District Judge