LATHAM & WATKINS LLP
  Belinda S Lee (Cal. Bar No. 199635)
    *belinda.lee@lw.com*
  Sarah M. Ray (Cal. Bar No. 229670)
    *sarah.ray@lw.com*
  Aaron T. Chiu (Cal. Bar No. 287788)
    *aaron.chiu@lw.com*
  Alicia R. Jovais (Cal. Bar No. 296172)
    *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | CASE NO. 4:22-cv-04174-JSW <br><br> **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER THIRD PARTY MASTERCARD INCORPORATED'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f)** <br><br> The Honorable Jeffrey S. White |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S ADMIN. MOT. TO CONSIDER SEALING
THIRD PARTY MATERIALS
CASE NO. 4:22-cv-04174-JSW

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Apple Inc. ("Apple") submits this administrative motion to consider whether third party MasterCard Incorporated's material referenced in the Expert Report of Justin McCrary[1] should be sealed.

This administrative motion is based on MasterCard Incorporated's designation of information referenced in the Expert Report of Justin McCrary as Confidential or Highly Confidential pursuant to the Protective Order Regarding the Disclosure and Use of Discovery Material entered in this case. *See* ECF No. 74. This information is highlighted in the version filed under seal.[2]

The following documents, or portions thereof, contain material designated as confidential:

**EXPERT REPORT OF JUSTIN MCCRARY**

| Portion of Expert Report Sought to be Sealed | Designating Party |
| --- | --- |
| ¶ 156 | MasterCard Incorporated |
| Ex. 6 | MasterCard Incorporated |
| ¶ 157 | MasterCard Incorporated |
| Fn. 352 | MasterCard Incorporated |
| Fn. 354 | MasterCard Incorporated |
| Ex. 8 | MasterCard Incorporated |
| ¶ 171 | MasterCard Incorporated |
| Ex. 9 | MasterCard Incorporated |
| Ex. 10 | MasterCard Incorporated |
| Fn. 397 | MasterCard Incorporated |
| Fn. 494 | MasterCard Incorporated |
| ¶ 319 | MasterCard Incorporated |
| Ex. 16 | MasterCard Incorporated |
| Appx. C Ex. 17 | MasterCard Incorporated |
| Appx. C ¶ 343 | MasterCard Incorporated |
| Appx. C ¶ 344 | MasterCard Incorporated |
| Appx. C Fn. 550 | MasterCard Incorporated |
| Appx. C Fn. 551 | MasterCard Incorporated |
| Appx. C Fn. 553 | MasterCard Incorporated |
| Appx. C Fn. 556 | MasterCard Incorporated |
| Appx. C Fn. 558 | MasterCard Incorporated |
| Appx. C Fn. 561 | MasterCard Incorporated |
| Appx. C Fn. 562 | MasterCard Incorporated |
| Appx. D Fn. 605 | MasterCard Incorporated |

[1] The Expert Report of Justin McCrary is filed as Exhibit 1 to the Declaration of Belinda S Lee in Support of Apple's Opposition to Plaintiffs' Motion for Class Certification and as Exhibit 1 to the Declaration of Belinda S Lee in Support of Apple's Motion to Exclude Testimony of Christopher Vellturo, PhD.

[2] Redactions of MasterCard Incorporated's materials are designated with red highlighting in the attached motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

APPLE'S ADMIN. MOT. TO CONSIDER SEALING
THIRD PARTY MATERIALS
CASE NO. 4:22-cv-04174-JSW

Pursuant to Local Rule 79-5(f), MasterCard Incorporated has seven (7) days to file a declaration identifying the designated material they contend is "sealable" (as defined in Local Rule 79-5(c)(1)). Apple does not take any position at this time on whether the above-referenced information meets the Ninth Circuit's standard for filing under seal.

Dated: June 18, 2025

LATHAM & WATKINS LLP
By: /s/ Belinda S Lee
       Belinda S Lee

Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
 sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
 alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

APPLE'S ADMIN. MOT. TO CONSIDER SEALING
THIRD PARTY MATERIALS
CASE NO. 4:22-cv-04174-JSW