1  LATHAM & WATKINS LLP
    Belinda S Lee (Cal. Bar No. 199635)
2     *belinda.lee@lw.com*
    Sarah M. Ray (Cal. Bar No. 229670)
3     *sarah.ray@lw.com*
    Aaron T. Chiu (Cal. Bar No. 287788)
4     *aaron.chiu@lw.com*
    Alicia R. Jovais (Cal. Bar No. 296172)
5     *alicia.jovais@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
7

8  *Attorneys for Defendant Apple Inc.*

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

| AFFINITY CREDIT UNION et al., | CASE NO. 4:22-cv-04174-JSW |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANT APPLE INC.'S NOTICE OF ERRATA RE: ECF NO. 143** |
| APPLE INC. | |
| Defendant. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE INC.'S NOTICE OF
ERRATA RE: ECF NO. 143
CASE NO. 4:22-cv-04174-JSW

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that Defendant Apple Inc., through its undersigned counsel, hereby submits an errata and correction as follows.  Lines 4-5 on page 12 of Defendant Apple Inc.'s Notice of Motion to Exclude Testimony of Christopher Vellturo, PhD; Memorandum of Points and Authorities (ECF No. 143) state that "Zelle and Click to Pay charge issuer fees. *Id.* ¶¶ 103, 105."  Those lines should be corrected as follows:  "Zelle charges issuer fees. *Id.* ¶ 103.  Click to Pay charges merchants interchange fees on transactions. *Id.* ¶ 105."

Dated: July 9, 2025

LATHAM & WATKINS LLP
By:  */s/ Belinda S Lee*
          Belinda S Lee

Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
 sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
 alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

APPLE INC.'S NOTICE OF
ERRATA RE: ECF NO. 143
CASE NO. 4:22-cv-04174-JSW