1  LATHAM & WATKINS LLP
       Belinda S Lee (Cal. Bar No. 199635)
2        *belinda.lee@lw.com*
       Sarah M. Ray (Cal. Bar No. 229670)
3        *sarah.ray@lw.com*
       Aaron T. Chiu (Cal. Bar No. 287788)
4        *aaron.chiu@lw.com*
       Alicia R. Jovais (Cal. Bar No. 296172)
5        *alicia.jovais@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
7

8  *Attorneys for Defendant Apple Inc.*

9  [Additional Counsel on Signature Page]

10

11                UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15  AFFINITY CREDIT UNION et al.,          |  CASE NO. 4:22-cv-04174-JSW

16                     Plaintiffs,          |  ORDER GRANTING **STIPULATION
                                                TO MODIFY HEARING DATE ON
17         v.                                   MOTION FOR CLASS
                                                CERTIFICATION**
18  APPLE INC.,
                                               Place:  Courtroom 5, 2nd Floor, Oakland
19                     Defendant.             Judge:  The Honorable Jeffrey S. White

20

21                                            Re: Dkt. No. 194

22

23

24

25

26

27

28

1    Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union

2   ("Plaintiffs") and Defendant Apple Inc. ("Apple"), hereby stipulate and agree, through their

3   undersigned counsel and pursuant to Civil Local Rule 6-2, to modify the hearing date noticed by

4   Plaintiffs in their Notice of Motion and Motion for Class Certification.  *See* ECF Nos. 97, 98-1.

5   In support of this Stipulation, the parties state as follows:

6    1.    On February 7, 2025, Plaintiffs filed their Motion for Class Certification.  ECF Nos.

7   97, 98-1.  Pursuant to this Court's Standing Order, Plaintiffs noticed a hearing on their Motion for

8   Class Certification for August 8, 2025.  *Id.*

9    2.    On May 13, 2025, the parties stipulated to modify the briefing schedule for Apple's

10  Opposition to Plaintiffs' Class Certification Motion (ECF No. 97) and Plaintiffs' Reply in Support

11  of Class Certification.  ECF No. 136.

12   3.    On May 14, 2025, this Court entered an amended case schedule pursuant to which

13  Apple would file its Class Certification Opposition and Supporting Expert Report(s) by June 18,

14  2025 and provide related expert backup materials by June 23, 2025 by 5 p.m.; and Plaintiffs would

15  file their Class Certification Reply and Expert Rebuttal Report(s) by August 19, 2025 and provide

16  related expert backup materials by August 25, 2025 by 5 p.m.  ECF No. 137.

17   4.    On June 3, 2025, this Court granted Apple's request to set a briefing schedule for

18  its motion to exclude the testimony of Plaintiffs' class certification expert, Dr. Christopher Vellturo

19  ("Motion to Exclude Expert Testimony").  ECF No. 142.  This Court adopted the following

20  schedule:

| Event | Deadline |
|---|---|
| Apple's Motion to Exclude Expert Testimony | June 18, 2025 |
| Plaintiffs' Opposition to Apple's Motion to Exclude Expert Testimony | August 19, 2025 |
| Apple's Reply iso Motion to Exclude Expert Testimony | September 16, 2025 |

26   5.    On June 18, 2025 Apple filed its Motion to Exclude Expert Testimony.  ECF No.

27  143.  Apple noticed a hearing on that motion for October 10, 2025 at 9 a.m. or at such other date

1    as may be agreed upon or ordered by this Court.  *Id.*  Also on June 18, 2025, Apple filed its

2    Memorandum in Opposition to Plaintiffs Motion for Class Certification.  ECF No. 144.

3        6.    Because briefing on Plaintiffs' Motion for Class Certification and Apple's Motion

4    to Exclude Expert Testimony will not be complete by August 8, 2025, the parties hereby stipulate

5    and agree to move the noticed hearing on Plaintiffs' Class Certification Motion (currently set for

6    August 8, 2025) to October 10, 2025—the same date as the noticed hearing on Apple's Motion to

7    Exclude Expert Testimony.

8        7.    This modification is for the purpose of (1) ensuring class certification is briefed

9    before the class certification hearing, pursuant to the new briefing schedule entered by the Court

10   on May 14, 2025, ECF No. 137, and (2) aligning the hearing dates for Plaintiffs' Motion for Class

11   Certification and Apple's Motion to Exclude Expert Testimony, ECF Nos. 97, 98-1, 143, 144.

12   This stipulation will have no other effect on the case schedule.

13       8.    The parties have previously stipulated to the following time modifications: to

14   extend Apple's time to respond to the complaint, ECF No. 15; to set a briefing scheduling for

15   Apple's motion to dismiss the amended complaint, ECF No. 42; to extend Apple's time to answer

16   the amended complaint, ECF No. 65; to amend the case schedule, ECF No. 79; and to modify the

17   case schedule, ECF No. 136.

18

19       **IT IS SO STIPULATED.**

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: July 9, 2025 | LATHAM & WATKINS LLP |
| 2 | | By:  /s/ Belinda S Lee |
| | | Belinda S Lee |
| 3 | | |
| | | Belinda S Lee (Cal. Bar No. 199635) |
| 4 | | belinda.lee@lw.com |
| | | Sarah M. Ray (Cal. Bar No. 229670) |
| 5 | | sarah.ray@lw.com |
| | | Aaron T. Chiu (Cal. Bar No. 287788) |
| 6 | | aaron.chiu@lw.com |
| | | Alicia R. Jovais (Cal. Bar No. 296172) |
| 7 | | alicia.jovais@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 8 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 9 | | |
| | | Attorneys for Defendant Apple Inc. |
| 10 | | |
| 11 | Dated: July 9, 2025 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | | By:  /s/ Ben M. Harrington |
| | | Ben M. Harrington |
| 13 | | |
| | | Ben M. Harrington (Cal. Bar No. 313877) |
| 14 | | benh@hbsslaw.com |
| | | 715 Hearst Avenue, Suite 202 |
| 15 | | Berkeley, California 94710 |
| | | Telephone: +1.510.725.3000 |
| 16 | | |
| | | Steve W. Berman (pro hac vice) |
| 17 | | steveb@hbsslaw.com |
| | | 1301 Second Avenue, Suite 2000 |
| 18 | | Seattle, Washington 98101 |
| | | Telephone: +1.206.623.7292 |
| 19 | | |
| | | SPERLING KENNY NACHWALTER, LLC |
| 20 | | |
| | | Eamon P. Kelly (pro hac vice) |
| 21 | | Joseph M. Vanek (pro hac vice) |
| | | Jeffrey H. Bergman (pro hac vice) |
| 22 | | 321 N. Clark St., 25th Floor |
| | | Chicago, IL 60654 |
| 23 | | Telephone: (312) 676-5845 |
| | | ekelly@sperlingkenny.com |
| 24 | | jvanek@sperlingkenny.com |
| | | jbergman@sperlingkenny.com |
| 25 | | |
| | | Phillip F. Cramer (pro hac vice) |
| 26 | | 1221 Broadway, Suite 2140 |
| | | Nashville, TN 37203 |
| 27 | | Telephone: (312) 224-1512 |
| | | pcramer@sperlingkenny.com |
| 28 | | |
| | | Attorneys for Plaintiffs and the Proposed Class |

1

**[PROPOSED] ORDER**

2      Having considered the Parties' stipulation, and for good cause shown, IT IS HEREBY

3  ORDERED THAT:

4      Plaintiffs' Motion for Class Certification (ECF No. 97) will be heard on **Friday,**

5  **October 10, 2025, at 9 a.m. PT** or as soon thereafter as the matter may be heard.

6      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  Dated:   July 10, 2025                       By: _____

9                                              THE HONORABLE JEFFREY S. WHITE
                                                  United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28