UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>   Defendants. | Case No. 22-cv-04174-JSW<br><br>**ORDER REQUIRING CHAMBERS COPIES** |

The Court ORDERS the parties to submit chambers copies of all briefing and exhibits relating to Plaintiffs' motion for class certification and Defendant's motion to exclude the expert testimony of Dr. Vellturo. All chambers copies must be securely bound at the top or on the side, either with staples, "ACCO" fasteners, or velo-binding, or shall be submitted in binders. The Court also encourages the parties to submit double sided copies of all documents, but if they follow that request, the document should be bound on the side not at the top. Binder clips, paper clips, and rubber bands will not satisfy this requirement.

If any of the chambers copies to be submitted are more than two inches thick, the parties should submit the chambers copies of the document in multiple volumes that do not exceed two inches. When a declaration or other document includes exhibits, parties shall submit chambers copies of the documents which include tabs that separate each exhibit. If the parties have moved to seal portions of these documents, they shall submit one chambers copy that contains the sealed material clearly highlighted. They parties shall not submit chambers copies of redacted materials.

Chambers copies of materials relating to Plaintiffs' motion for class certification shall be submitted within one week of this Order. Chambers copies of materials relating to Defendant's motion to exclude the expert testimony of Dr. Vellturo shall be submitted by September 19, 2025.

1   The Court may reject non-conforming chambers copies and require a party to re-submit
2   non-conforming chambers copies in accordance with the requirements set forth in this Order.
3   **IT IS SO ORDERED.**
4   Dated: August 28, 2025

_____
JEFFREY S. WHITE
United States District Judge