Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
ekelly@sperling-law.com
jvanek@sperling-law.com
jbergman@sperling-law.com

*Attorneys for Plaintiffs and the Proposed Class*

Belinda S Lee (Cal. Bar No. 199635)
Sarah M. Ray (Cal. Bar No. 229670)
Aaron T. Chiu (Cal. Bar No. 287788)
Alicia R. Jovais (Cal. Bar No. 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com

Tyler P. Young (Cal. Bar No. 291041)
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8008
tyoung@yettercoleman.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY CREDIT UNION, GREENSTATE CREDIT UNION, and CONSUMERS CO-OP CREDIT UNION,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. 4:22-cv-4174-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f)** |

1      Pursuant to Local Rules 6-2 and 79-5(f), Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Apple filed on September 16, 2025 its Reply in Support of Motion to Exclude Testimony of Christopher Vellturo, PhD (ECF No. 228);

WHEREAS, in support of its Reply, Apple filed under seal certain documents and deposition testimony Plaintiffs have designated as Confidential or Highly Confidential under the Protective Order in this matter;

WHEREAS, Apple filed and served an Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed Pursuant to Local Rule 79-5(f) ("Administrative Motion") (ECF No. 230);

WHEREAS, Plaintiffs' response to the Administrative Motion is currently due September 22, 2025;

WHEREAS, Plaintiffs have asked Apple to stipulate to continue its response date from September 22, 2025 to October 3, 2025, due to additional time needed to coordinate with appropriate Plaintiff representatives;

WHEREAS, continuing the date for Plaintiffs to respond from September 22, 2025 to October 3, 2025 will not affect other dates currently scheduled in this matter;

WHEREAS, Apple does not object to continuing the date for Plaintiffs to respond from September 22, 2025 to October 3, 2025;

WHEREAS the parties have previously stipulated to the following time modifications: to extend Apple's time to respond to the complaint (ECF No. 15); to set a briefing scheduling for Apple's motion to dismiss the amended complaint (ECF No. 42); to extend Apple's time to answer the amended complaint (ECF No. 65); to amend the case schedule (ECF No. 79); to modify the case schedule (ECF No. 136); to extend Google's and Plaintiffs' time to respond to prior Apple administrative motions to seal (ECF Nos. 158 & 175); and to modify the hearing date for Plaintiffs' motion for class certification (ECF No. 194).

The Parties hereby stipulate that the date for Plaintiffs to respond to Apple's administrative Motion (ECF No. 230) is continued from September 22, 2025 to October 3, 2025.

**IT IS SO STIPULATED.**

Dated September 22, 2025

Respectfully submitted,

By: /s/ *Ben M. Harrington*
Ben M. Harrington (Cal. Bar No. 313877)
benh@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
steveb@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Mark T. Vazquez (*pro hac vice*)
markv@hbsslaw.com
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
ekelly@sperlingkenny.com
jvanek@ sperlingkenny.com
jbergman@ sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile: (312) 641-6492
pcramer@ sperlingkenny.com

*Attorneys for Plaintiffs*

By: /s/ *Alicia R. Jovais*
Belinda S Lee (Cal. Bar No. 199635)
belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
alicia.jovais@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Apple Inc.*

-3-

## **[PROPOSED] ORDER**

Having considered the Parties' Stipulation, it is hereby Ordered that:

The date for Plaintiffs to respond to Apple's Administrative Motion (ECF No. 152) is continued from September 22, 2025 to October 3, 2025.

Dated: _____  By: _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    United States District Judge

**SIGNATURE ATTESTATION**

I, Ben M. Harrington, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Deadline to File Plaintiffs' Response to Defendant Apple Inc.'s Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed Pursuant to Local Rule 79-5(f). In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: September 22, 2025            HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Ben M. Harrington*
Ben M. Harrington