1   Steve W. Berman (*pro hac vice*)          Belinda S Lee (Cal. Bar No. 199635)
    **HAGENS BERMAN SOBOL SHAPIRO**          Sarah M. Ray (Cal. Bar No. 229670)
2   **LLP**                                   Aaron T. Chiu (Cal. Bar No. 287788)
    1301 Second Avenue Suite 2000             Alicia R. Jovais (Cal. Bar No. 296172)
3   Seattle, WA  98101                        **LATHAM & WATKINS LLP**
    Telephone: (206) 623-7292                 505 Montgomery Street, Suite 2000
4   Facsimile:  (206) 623-0594                San Francisco, California 94111-6538
    steve@hbsslaw.com                         Telephone:  (415) 391-0600
5                                             belinda.lee@lw.com
6                                             sarah.ray@lw.com
    Ben M. Harrington (SBN 313877)            aaron.chiu@lw.com
7   **HAGENS BERMAN SOBOL SHAPIRO**
    **LLP**
8   715 Hearst Avenue, Suite 300              Tyler P. Young (Cal. Bar No. 291041)
    Berkeley, CA 94710                        **YETTER COLEMAN LLP**
9   Telephone: (510) 725-3000                 811 Main Street, Suite 4100
    Facsimile:  (510) 725-3001                Houston, Texas 77002
10  benh@hbsslaw.com                          Telephone:  (713) 632-8008
                                              tyoung@yettercoleman.com
11
    Eamon P. Kelly (*pro hac vice*)
12  Joseph M. Vanek (*pro hac vice*)          *Attorneys for Defendant Apple Inc.*
    Jeffrey H. Bergman (*pro hac vice*)
13  **SPERLING & SLATER, P.C.**
    55 W. Monroe Street, 32nd Floor
14  Chicago, IL 60603
    Telephone: (312) 676-5845
15  Facsimile:  (312) 641-6492
    ekelly@sperling-law.com
16  jvanek@sperling-law.com
    jbergman@sperling-law.com
17

18  *Attorneys for Plaintiffs and the Proposed*
    *Class*
19

20                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
21                          **OAKLAND DIVISION**

22  AFFINITY CREDIT UNION, GREENSTATE          No. 4:22-cv-4174-JSW
    CREDIT UNION, and CONSUMERS CO-OP          **ORDER RE STIPULATION**
23  CREDIT UNION,                              ~~STIPULATION AND [PROPOSED]~~
                                               ~~ORDER~~ **TO CONTINUE DEADLINE TO**
24                    Plaintiffs,              **FILE PLAINTIFFS' RESPONSE TO**
                                               **DEFENDANT APPLE INC.'S**
25          v.                                 **ADMINISTRATIVE MOTION TO**
                                               **CONSIDER WHETHER PLAINTIFFS'**
26  APPLE INC., a California corporation,      **MATERIAL SHOULD BE SEALED**
                                               **PURSUANT TO LOCAL RULE 79-5(f)**
27                    Defendant.
                                               **Re: Dkt. Nos. 158, 175**
28

Pursuant to Local Rules 6-2 and 79-5(f), Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a motion for class certification on February 7, 2025 (ECF No. 97);

WHEREAS, Apple filed an opposition to Plaintiffs' motion for class certification on June 18, 2025 (ECF No. 144);

WHEREAS, in support of its opposition, Apple filed under seal certain excerpts of documents produced by Plaintiffs that they have designated as Confidential or Highly Confidential under the Protective Order in this matter;

WHEREAS, Apple filed and served an Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed Pursuant To Local Rule 79-5(f) ("Administrative Motion") (ECF No. 152);

WHEREAS, Plaintiffs response to the Administrative Motion is currently due June 25, 2025;

WHEREAS, Plaintiffs have asked Apple to stipulate to continue its response date from June 25, 2025 to July 10, 2025, due to additional time needed to coordinate with appropriate Plaintiff representatives and due to the July 4 federal holiday;

WHEREAS, continuing the date for Plaintiffs to respond from June 25, 2025, to July 10, 2025, will not affect other dates currently scheduled in this matter;

WHEREAS, Apple does not object to continuing the date for Plaintiffs to respond from June 25, 2025, to July 10, 2025;

WHEREAS the parties have previously stipulated to the following time modifications: to extend Apple's time to respond to the complaint (ECF No. 15); to set a briefing scheduling for Apple's motion to dismiss the amended complaint (ECF No. 42); to extend Apple's time to answer the amended complaint (ECF No. 65); to amend the case schedule (ECF No. 79); to modify the

-1-

case schedule (ECF No. 136); and to extend Google's time to respond to Apple's administrative

motion (ECF No. 158).

The Parties hereby stipulate that the date for Plaintiffs to respond to Apple's administrative

Motion (ECF No. 152) is continued from June 25, 2025, to July 10, 2025.


**IT IS SO STIPULATED.**

Dated June 25, 2025                           Respectfully submitted,

By: /s/ *Ben M. Harrington*                   By: /s/ *Alicia R. Jovais*
Ben M. Harrington (Cal. Bar No. 313877)       Belinda S Lee (Cal. Bar No. 199635)
benh@hbsslaw.com                              belinda.lee@lw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**           Sarah M. Ray (Cal. Bar No. 229670)
715 Hearst Avenue, Suite 202                  sarah.ray@lw.com
Berkeley, California 94710                     Aaron T. Chiu (Cal. Bar No. 287788)
Telephone: (510) 725-3000                     aaron.chiu@lw.com
                                              Alicia R. Jovais (Cal. Bar No. 296172)
Steve W. Berman (*pro hac vice*)              alicia.jovais@lw.com
steveb@hbsslaw.com                            **LATHAM & WATKINS LLP**
1301 Second Avenue, Suite 2000                505 Montgomery Street, Suite 2000
Seattle, Washington 98101                     San Francisco, California 94111-6538
Telephone: (206) 623-7292                     Telephone: +1.415.391.0600

Mark T. Vazquez (*pro hac vice*)              *Attorneys for Apple Inc.*
markv@hbsslaw.com
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
ekelly@sperlingkenny.com
jvanek@ sperlingkenny.com
jbergman@ sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile: (312) 641-6492
pcramer@ sperlingkenny.com

*Attorneys for Plaintiffs*

-2-

1

## [PROPOSED] ORDER

2          Having considered the Parties' Stipulation, it is hereby Ordered that:

3          The date for Plaintiffs to respond to Apple's Administrative Motion (ECF No. 152) is

4   continued from June 25, 2025, to July 10, 2025.

5          **Plaintiffs timely filed a response per this stipulation on July 9, 2025. (Dkt. No. 193.)  The
      Court previously terminated this stipulation in error. (Dkt. No. 182.)  The Court's**

6      **ruling at Dkt. No. 182 terminates the stipulation at Dkt. No. 158 and allowed non-party**
      **Google to file its response to a sealing motion by July 10, 2025.  This Order terminates**

7      **Dkt. Nos. 158 and 175.**

8   Dated: September 29, 2025              By: _____

9                                         THE HONORABLE JEFFREY S. WHITE
                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28