LATHAM & WATKINS LLP
  Belinda S Lee (Cal. Bar No. 199635)
   *belinda.lee@lw.com*
  Sarah M. Ray (Cal. Bar No. 229670)
   *sarah.ray@lw.com*
  Aaron T. Chiu (Cal. Bar No. 287788)
   *aaron.chiu@lw.com*
  Alicia R. Jovais (Cal. Bar No. 296172)
   *alicia.jovais@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111-6538
  Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | CASE NO. 4:22-cv-04174-JSW <br><br> **DEFENDANT APPLE INC.'S NOTICE OF ADDITIONAL AUTHORITIES RE ECF NO. 265 FOR HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT APPLE'S MOTION TO EXCLUDE TESTIMONY OF CHRISTOPHER VELLTURO, PH.D** <br><br> Hearing Date: October 10, 2025 <br> Hearing Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE INC.'S NOTICE OF
SUPPLEMENTAL AUTHORITIES
CASE NO. 4:22-cv-04174-JSW

**CASES**

*Comcast Corp. v. Behrend*, 569 U.S. 27 (2013)

*Heerwagen v. Clear Channel Communications*, 435 F.3d 219 (2nd Cir. 2006)

Dated: October 8, 2025

LATHAM & WATKINS LLP

By: */s/ Belinda S Lee*
Belinda S Lee

Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
 sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
 alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

APPLE INC.'S NOTICE OF
SUPPLEMENTAL AUTHORITIES
CASE NO. 4:22-cv-04174-JSW