| | |
|---|---|
| Steve W. Berman (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>Ben M. Harrington (SBN 313877)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>benh@hbsslaw.com<br><br>Mark T. Vazquez (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>455 N. Cityfront Plaza Dr.<br>Chicago, IL 60611<br>Telephone: (708) 628-4962<br>Facsimile: (708) 628-4950<br>markv@hbsslaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | Eamon P. Kelly (*pro hac vice*)<br>Joseph M. Vanek (*pro hac vice*)<br>Jeffrey H. Bergman (*pro hac vice*)<br>Kathryn M. DeLong (*pro hac vice*)<br>Barry Frett (*pro hac vice*)<br>**SPERLING KENNY NACHWALTER, LLC**<br>321 N. Clark St., 25th Floor<br>Chicago, IL 60654<br>Telephone: (312) 641-3200<br>Facsimile: (312) 641-6492<br>ekelly@sperlingkenny.com<br>jvanek@sperlingkenny.com<br>jbergman@sperlingkenny.com<br>kdelong@sperlingkenny.com<br>bfrett@sperlingkenny.com<br><br>Phillip F. Cramer (*pro hac vice*)<br>**SPERLING KENNY NACHWALTER, LLC**<br>1221 Broadway, Suite 2140<br>Nashville, TN 37203<br>Telephone: (615) 252-5800<br>Facsimile: (615) 252-5853<br>pcramer@sperlingkenny.com |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 4:22-cv-04174-JSW-KAW<br><br>**PLAINTIFFS' NOTICE OF AUTHORITY IN RESPONSE TO THE COURT'S NOTICE OF QUESTIONS FOR HEARING [ECF NO. 265]**<br><br>Judge: The Honorable Jeffrey S. White |

Plaintiffs hereby submit this Notice of Authority in response to the Court's Notice of Questions for Hearing dated October 6, 2025.

1. *AliveCor, Inc. v. Apple Inc.*, 592 F. Supp. 3d 904, 916-17 (N.D. Cal. 2022)
2. *American Ad Mgmt., Inc. v. General Tel. Co.*, 190 F.3d 1051, 1057 (9th Cir. 1999)
3. *Apple Inc. v. Pepper*, 587 U.S. 273, 287-88 (2019)
4. *Blue Shield of Virginia v. McCready*, 457 U.S. 465, 472-85 (1982)
5. *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 980-82, 985-90 (N.D. Cal. 2010)
6. *Ellis v. Salt River Project Agric. Improvement & Power Dist.*, 24 F.4th 1262, 1274-75 (9th Cir. 2022)
7. *In re Google Play Store Antitrust Litig.*, 147 F.4th 917, 944-58 (9th Cir. 2025)
8. *In re Google Play Store Antitrust Litig.*, No. 20-CV-05671-JD, 2024 WL 4438249 at *3-*8 (N.D. Cal. Oct. 7, 2024)
9. *Rebel Oil Co. v. Atl. Richfield Co.*, 51 F.3d 1421, 1434 n.4 (9th Cir. 1995)
10. *Red Lion Med. Safety, Inc. v. Ohmeda, Inc.*, 63 F. Supp. 2d 1218, 1225-27 (E.D. Cal. 1999)
11. *St. Alphonsus Med. Ctr. - Nampa, Inc. v. St. Luke's Health Sys.*, 778 F.3d 775, 783-85 (9th Cir. 2015)
12. *United States v. Google LLC*, 747 F. Supp. 3d 1, 109-16 (D.D.C. 2024)

DATED October 8, 2025           Respectfully submitted,

By */s/ Ben M. Harrington*
Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Mark T. Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4950
markv@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
Kathryn M. DeLong (*pro hac vice*)
Barry Frett (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperlingkenny.com
jvanek@sperlingkenny.com
jbergman@sperlingkenny.com
kdelong@sperlingkenny.com
bfrett@sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (615) 252-5800
Facsimile: (615) 252-5853
pcramer@sperlingkenny.com

*Counsel for Plaintiffs and the Proposed Class*