UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: October 10, 2025  **TIME IN COURT**: 34 Minutes

**JUDGE**: JEFFREY S. WHITE  **COURT REPORTER**: Cathy Taylor
Appearing by Zoom.

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 22-cv-04174-JSW

**TITLE**: Affinity Credit Union, et al. v. Apple Inc., et al.

**COUNSEL FOR PLAINTIFF**:  **COUNSEL FOR DEFENDANT**:
Ben Harrington  Belinda Lee
Kathy Deleong  Christopher Bower (PHV)
Jeffrey Bergman
Phillip Cramer

**PROCEEDINGS**: Hearings on Motion for Class Certification (Dkt. 97) and Motion to Exclude Expert Testimony (Dkt. 143) – HELD.

**RESULTS**: Motion for Class Certification (Dkt. 97) and Motion to Exclude Expert Testimony (Dkt. 143) – Held and taken under submission.

Matter is argued and submitted. The Court takes the Motion for Class Certification and Motion to Exclude Expert Testimony under submission. A written decision will be issued.