DAVID M. GOLDSTEIN (No. 142334)
DAVID C. BROWNSTEIN (No. 141929)
FARMER BROWNSTEIN JAEGER
 GOLDSTEIN KLEIN & SIEGEL LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 788-6929
dgoldstein@fbjgk.com
kklein@fbjgk.com

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION, GREENSTATE CREDIT UNION, and CONSUMERS CO-OP CREDIT UNION,<br><br>           Plaintiff,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>          Defendant. | Case No. 4:22-CV-04174-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO TAKE THE DEPOSITION OF NON-PARTY GOOGLE LLC AND TO BRING ANY MOTION TO COMPEL RELATED TO THE DEPOSITION OF NON-PARTY GOOGLE LLC**<br><br>JUDGE: The Honorable Jeffrey S. White |

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on May 13, 2025, the Court entered an order setting October 15, 2025, as the fact discovery deadline (ECF 136);

WHEREAS, pursuant to Local Rule 37-3, the deadline to bring any motion to compel related to fact discovery is currently October 22, 2025;

WHEREAS, Plaintiffs served a Rule 45 and 30(b)(6) deposition notice on non-party Google LLC ("Google") on June 9, 2025;

WHEREAS, Plaintiffs served an amended Rule 45 and 30(b)(6) deposition notice on Google on July 3, 2025;

WHEREAS, Apple served a Rule 45 and Rule 30(b)(6) deposition notice on Google on July 9, 2025;

WHEREAS, Apple served an amended Rule 45 and Rule 30(b)(6) deposition notice on Google on August 8, 2025;

WHEREAS, Apple served an amended Rule 45 and Rule 30(b)(6) deposition notice on Google on September 4, 2025;

WHEREAS, counsel for the Parties and Google have engaged in good faith meet and confer efforts regarding the topics for the deposition;

WHEREAS, the Court previously entered an order continuing the deadline for the Google deposition until October 31, 2025, and the deadline to bring a motion to compel until two weeks after the completion of the deposition (ECF No. 238);

WHEREAS, counsel for the Parties and for Google have continued to engage in good faith meet and confer efforts regarding the topics for the deposition and to determine a suitable date for the deposition in light of the availability of counsel and the Rule 30(b)(6) witness;

WHEREAS, counsel for Plaintiffs and Apple have agreed to continue the deposition deadline as to Google until November 21, 2025, and the deadline to bring any motion to compel as to the Google deposition until December 12, 2025;

WHEREAS, continuing the deadlines to take the Google deposition and to file a motion to compel as to that deposition will not affect other dates currently scheduled in this matter;

WHEREAS the parties have previously stipulated to the following time modifications: to extend Apple's time to respond to the complaint (ECF No. 15); to set a briefing scheduling for Apple's motion to dismiss the amended complaint (ECF No. 42); to extend Apple's time to answer the amended complaint (ECF No. 65); to amend the case schedule (ECF No. 79); to modify the case schedule (ECF No. 136); to extend Google's and Plaintiffs' time to respond to prior Apple administrative motions to seal (ECF Nos. 158 & 175); to modify the hearing date for Plaintiffs' motion for class certification (ECF No. 194); to extend the deadline to depose Google and the deadline to bring a motion to compel as to the Google deposition (ECF No. 238); and to extend the deadline to file motions to compel related to fact discovery (ECF No. 282).

The Parties hereby stipulate that the date for Plaintiffs and Apple to take the deposition of Google is continued until November 21, 2025, and the deadline to bring any motion to compel as to that deposition is continued until December 12, 2025.

Dated: October 24, 2025

FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP

By: _David M. Goldstein_
      David M. Goldstein

David M. Goldstein (No. 142334)
David C. Brownstein (No. 141929)
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2879
dgoldstein@fbjgk.com
dbrownstein@fbjgk.com

*Attorneys for Defendant Apple Inc.*

2

Dated: October 24, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Ben M. Harrington_
     Ben M. Harrington

Ben M. Harrington (Cal. Bar No. 313877)
benh@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: +1.510.725.3000

Steve W. Berman (*pro hac vice*)
steveb@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292


SPERLING KENNY NACHWALTER, LLC

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
ekelly@sperlingkenny.com
jvanek@ sperlingkenny.com
jbergman@ sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
pcramer@ sperlingkenny.com


*Attorneys for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, it is hereby Ordered that:

The deadline for Plaintiffs and Apple to complete the deposition of Google is continued until November 21, 2025, and the deadline to bring any motion to compel as to that deposition is continued until December 12, 2025.

Dated: _____                By: _____

THE HONORABLE JEFFREY S. WHITE
United States District Judge

---

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I caused a copy of the foregoing to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

David M. Goldstein

**SIGNATURE ATTESTATION**

I am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue the Deadline to Take the Deposition of Google LLC. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: October 24, 2025

FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP

By: David M. Goldstein
    David M. Goldstein

6