LATHAM & WATKINS LLP
  Belinda S Lee (Cal. Bar No. 199635)
   *belinda.lee@lw.com*
  Sarah M. Ray (Cal. Bar No. 229670)
   *sarah.ray@lw.com*
  Aaron T. Chiu (Cal. Bar No. 287788)
   *aaron.chiu@lw.com*
  Alicia R. Jovais (Cal. Bar No. 296172)
   *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AFFINITY CREDIT UNION et al., | CASE NO. 4:22-cv-04174-JSW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF THE DEADLINE TO FILE CERTAIN MOTIONS TO COMPEL REGARDING FACT DISCOVERY** |
| v. | |
| APPLE INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

THIS MATTER comes before this Court upon Defendant Apple Inc. ("Apple")'s Motion for Administrative Relief for an Extension of the Deadline to File Certain Motions to Compel Regarding Fact Discovery ("Motion"). The Court, having considered Apple's Motion and all papers filed herein, and good cause appearing, hereby orders that Apple's Motion is GRANTED as follows:

The deadline to bring any motions to compel directly related to depositions that occurred on October 16, 2025 and October 17, 2025 shall be continued to December 1, 2025.

In the future, counsel are instructed to meet and confer to avoid utilizing court resources where disputes can be otherwise be resolved.

**IT IS SO ORDERED.**

Dated: October 28, 2025

THE HONORABLE JEFFREY S. WHITE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
APPLE'S MOT. FOR ADMINISTRATIVE RELIEF
CASE NO. 4:22-cv-04174-JSW