DAVID M. GOLDSTEIN (No. 142334)
DAVID C. BROWNSTEIN (No. 141929)
FARMER BROWNSTEIN JAEGER
 GOLDSTEIN KLEIN & SIEGEL LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 788-6929
dgoldstein@fbjgk.com
dbrownstein@fbjgk.com

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION, GREENSTATE CREDIT UNION, and CONSUMERS CO-OP CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 4:22-CV-04174-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO TAKE THE DEPOSITION OF NON-PARTY GOOGLE LLC AND TO BRING ANY MOTION TO COMPEL RELATED TO THE DEPOSITION OF NON-PARTY GOOGLE LLC**<br><br>JUDGE: The Honorable Jeffrey S. White |

## STIPULATION

Pursuant to Local Rule 6-2, Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on May 13, 2025, the Court entered an order setting October 15, 2025, as the fact discovery deadline (ECF No. 136);

WHEREAS, pursuant to Local Rule 37-3 and absent stipulation otherwise, the deadline to bring any motion to compel related to fact discovery was October 22, 2025;

WHEREAS, Plaintiffs served a Rule 45 and 30(b)(6) deposition notice on non-party Google LLC ("Google") on June 9, 2025;

WHEREAS, Plaintiffs served an amended Rule 45 and 30(b)(6) deposition notice on Google on July 3, 2025;

WHEREAS, Apple served a Rule 45 and Rule 30(b)(6) deposition notice on Google on July 9, 2025;

WHEREAS, Apple served an amended Rule 45 and Rule 30(b)(6) deposition notice on Google on August 8, 2025;

WHEREAS, Apple served an amended Rule 45 and Rule 30(b)(6) deposition notice on Google on September 4, 2025;

WHEREAS, counsel for the Parties and Google have engaged in good faith meet and confer efforts regarding the topics for the deposition;

WHEREAS, the Court previously entered an order continuing the deadline for the Google deposition until October 31, 2025, and the deadline to bring a motion to compel until two weeks after the completion of the deposition (ECF No. 238);

WHEREAS, the Court previously entered an order continuing the deadline for the Google deposition until November 21, 2025, and the deadline to bring a motion to compel until December 12, 2025 (ECF No. 288);

WHEREAS, counsel for the Parties and for Google have continued to engage in good faith meet and confer efforts regarding the topics for the deposition and to determine a suitable date for the deposition in light of the availability of counsel and the Rule 30(b)(6) witness;

WHEREAS, counsel for Plaintiffs and Apple have agreed to conduct the deposition of Google on December 10, 2025;

WHEREAS, counsel for Plaintiffs and Apple have agreed to continue the deadline to bring any motion to compel as to the Google deposition until January 7, 2025;

WHEREAS, continuing the deadlines to take the Google deposition and to file a motion to compel as to that deposition will not affect other dates currently scheduled in this matter;

WHEREAS the parties have previously stipulated to and/or the Court has previously ordered the following time modifications: to extend Apple's time to respond to the complaint (ECF No. 15); to set a briefing scheduling for Apple's motion to dismiss the amended complaint (ECF No. 42); to extend Apple's time to answer the amended complaint (ECF No. 65); to amend the case schedule (ECF No. 79); to modify the case schedule (ECF No. 136); to extend Google's and Plaintiffs' time to respond to prior Apple administrative motions to seal (ECF Nos. 158 & 175); to modify the hearing date for Plaintiffs' motion for class certification (ECF No. 194); to extend the deadline to depose Google and the deadline to bring a motion to compel as to the Google deposition (ECF No. 238); to extend the deadline to file certain motions to compel related to fact discovery (ECF No. 282); to continue the deadline for the Google deposition and the deadline to bring a motion to compel related to that deposition (ECF No. 288); and to extend the deadline to file motions to compel directly related to depositions that occurred on October 16 and 17, 2025 (ECF No. 291);

The Parties hereby stipulate that the date for Plaintiffs and Apple to take the deposition of Google is set for December 10, 2025, and the deadline to bring any motion to compel as to that deposition is continued until January 7, 2025.

| | |
|---|---|
| Dated: November 21, 2025 | FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP<br><br>By: /s/ David M. Goldstein<br>   David M. Goldstein<br><br>David M. Goldstein (No. 142334)<br>David C. Brownstein (No. 141929)<br>155 Montgomery Street, Suite 301<br>San Francisco, CA 94104<br>Telephone: (415) 962-2879<br>dgoldstein@fbjgk.com<br>dbrownstein@fbjgk.com<br><br>*Attorneys for Defendant Apple Inc.* |
| Dated: November 21, 2025 | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By: /s/ *Ben M. Harrington*<br>   Ben M. Harrington<br><br>Ben M. Harrington (Cal. Bar No. 313877)<br>benh@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: +1.510.725.3000<br><br>Steve W. Berman (*pro hac vice*)<br>steveb@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: +1.206.623.7292<br><br>SPERLING KENNY NACHWALTER, LLC<br><br>Eamon P. Kelly (*pro hac vice*)<br>Joseph M. Vanek (*pro hac vice*)<br>Jeffrey H. Bergman (*pro hac vice*)<br>321 N. Clark St., 25th Floor<br>Chicago, IL 60654<br>Telephone: (312) 676-5845<br>ekelly@sperlingkenny.com<br>jvanek@ sperlingkenny.com<br>jbergman@ sperlingkenny.com |

Phillip F. Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
*pcramer@ sperlingkenny.com*

*Attorneys for Plaintiffs and the Proposed Class*

**[~~PROPOSED~~] ORDER**

Having considered the Parties' Stipulation, it is hereby Ordered that:

The deposition of Google is set for December 10, 2025, and the deadline to bring any motion to compel as to that deposition is January 7, 2025.

Dated:  November 21, 2025          By: _____
                                          THE HONORABLE JEFFREY S. WHITE
                                          United States District Judge