Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Mark T. Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4950
markv@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
Kathryn M. DeLong (*pro hac vice*)
Barry Frett (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperlingkenny.com
jvanek@sperlingkenny.com
jbergman@sperlingkenny.com
kdelong@sperlingkenny.com
bfrett@sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
pcramer@sperlingkenny.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY CREDIT UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 4:22-cv-04174-JSW-KAW <br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISION** <br><br> District Judge Jeffrey S. White <br><br> Magistrate Judge Kandis A. Westmore |

In accordance with Local Rule 7-3(d)(2), and in connection with (1) the parties' "joint-letter brief addressing outstanding disputes concerning documents Apple has withheld, in whole or in part, on the basis of privilege,"[1] and (2) the parties' dispute regarding the availability of injunctive relief in Plaintiffs' motion for class certification,[2] Plaintiffs respectfully bring the Court's attention to § II.C (privilege analysis) and §§ II.A, II.D (injunctive relief analysis) of the Ninth Circuit's opinion in *Epic Games, Inc., v. Apple, Inc.*, Appeal No. 25-2935 (9th Cir. Dec. 11, 2025).

A true and correct copy of the decision is attached as Exhibit A.

DATED December 18, 2025

Respectfully submitted,

By /s/ Ben M. Harrington
Ben M. Harrington (SBN 313877)
**HAGENS BERMAN SOBOL SHAPIRE LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
Kathryn M. DeLong (*pro hac vice*)
Barry Frett (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperlingkenny.com
jvanek@sperlingkenny.com
jbergman@sperlingkenny.com
kdelong@sperlingkenny.com
bfrett@sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
pcramer@sperlingkenny.com

---

[1] *See* ECF No. 303.

[2] *See* ECF No. 98-2, at § III.E; ECF No. 144, at § III.C, ECF No. 204, at § II.F.

Steve W. Berman (*pro hac vice*)
**BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Mark T. Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4950
markv@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*