UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. 4:22-cv-4174-JSW-KAW <br><br> **ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: The Honorable Jeffrey S. White |

This matter comes before the Court on Plaintiffs' administrative motion to consider whether another party's materials should be sealed regarding the Joint Letter Brief filed November 25, 2025.

Upon consideration of the administrative motion to seal, the papers submitted in support and response thereto, and good cause appearing:

IT IS HEREBY ORDERED:

| Document or Portion of Document Sought to be Sealed | Designating Party | Ruling |
|---|---|---|
| **Joint Letter Brief** | | |
| Exhibit A | Apple | Sealed |
| Exhibit B | Apple | Sealed |
| Exhibit C | Apple | Sealed |

**IT IS SO ORDERED.**

Dated: February 6, 2026

KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

-1-