| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Belinda S Lee (Cal. Bar No. 199635)<br>  *belinda.lee@lw.com*<br>  Sarah M. Ray (Cal. Bar No. 229670)<br>  *sarah.ray@lw.com*<br>  Aaron T. Chiu (Cal. Bar No. 287788)<br>  *aaron.chiu@lw.com*<br>  Alicia R. Jovais (Cal. Bar No. 296172)<br>  *alicia.jovais@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br><br>*Attorneys for Defendant Apple Inc.* | HAGENS BERMAN SOBOL SHAPIRO LLP<br>  Steve W. Berman (*pro hac vice*)<br>  *steve@hbsslaw.com*<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>  Ben M. Harrington (SBN 313877)<br>  *benh@hbsslaw.com*<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br><br>SPERLING & SLATER, P.C.<br>  Eamon P. Kelly (*pro hac vice*)<br>  *ekelly@sperling-law.com*<br>  Joseph M. Vanek (*pro hac vice*)<br>  *jvanek@sperling-law.com*<br>  Jeffrey Bergman (*pro hac vice*)<br>  *jbergman@sperling-law.com*<br>55 W. Monroe Street, 32nd Floor<br>Chicago, IL 60603<br>Telephone: (312) 676-5845<br><br>*Attorneys for Plaintiffs and the Proposed Class*<br><br>[Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFFINITY CREDIT UNION et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. 4:22-CV-04174-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND APPLE'S DEADLINE TO OBJECT TO MAGISTRATE JUDGE'S FEBRUARY 6, 2026 ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [~~PROPOSED~~] ORDER RE:
APPLE'S OBJECTION DEADLINE
CASE NO. 4:22-CV-04174-JSW

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Affinity Credit Union, GreenState Credit
2  Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together,
3  the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on November 25, 2025, the Parties filed a joint discovery dispute letter brief
5  with Magistrate Judge Westmore regarding Apple's privilege log (ECF No. 303, "Privilege Log
6  Dispute Brief");
7  WHEREAS, on February 6, 2026, Magistrate Judge Westmore ruled on the Privilege Log
8  Dispute Brief (ECF No. 313, "Privilege Log Order");
9  WHEREAS, Apple's deadline to object to the Privilege Log Order is currently February
10  20, 2026 (*see* Fed. R. Civ. P. 72(a));
11  WHEREAS, Apple requires additional time to consider whether to object to the Privilege
12  Log Order; and
13  THEREFORE, the Parties hereby stipulate that the deadline for Apple to object to the
14  Privilege Log Order shall be extended by one week, from February 20, 2026 to February 27, 2026;
15  **IT IS SO STIPULATED.**

Dated: February 18, 2026

LATHAM & WATKINS LLP
By: */s/ Alicia R. Jovais*
       Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
 sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
 alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER RE:
APPLE'S OBJECTION DEADLINE
CASE NO. 4:22-CV-04174-JSW

1  Dated: February 18, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP
By:  */s/ Ben M. Harrington*
       Ben M. Harrington

Ben M. Harrington (Cal. Bar No. 313877)
 benh@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: +1.510.725.3000

Steve W. Berman (*pro hac vice*)
 steveb@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292

SPERLING KENNY NACHWALTER, LLC

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
*ekelly@sperlingkenny.com*
*jvanek@sperlingkenny.com*
*jbergman@sperlingkenny.com*

Phillip F. Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
*pcramer@sperlingkenny.com*

*Attorneys for Plaintiffs and the Proposed Class*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER RE:
APPLE'S OBJECTION DEADLINE
CASE NO. 4:22-CV-04174-JSW

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT the deadline for Apple to object to the Privilege Log Order shall be extended by one week, from February 20, 2026 to February 27, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 19, 2026      By: _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER RE:
APPLE'S OBJECTION DEADLINE
CASE NO. 4:22-CV-04174-JSW