1  Ben M. Harrington (SBN 313877)
   **HAGENS BERMAN SOBOL**
2  **SHAPIRO LLP**
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile:  (510) 725-3001
   benh@hbsslaw.com
5

6  *Attorneys for Plaintiffs and*
   *the Proposed Class*
7

8  [Additional Counsel on Signature Page]

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

14 | AFFINITY CREDIT UNION et al.,      | CASE NO. 4:22-cv-04174-JSW
15 |             Plaintiffs,             | **STIPULATION AND [PROPOSED]**
                                         | **ORDER TO MODIFY CASE**
16 |      v.                             | **SCHEDULE PURSUANT TO CIVIL**
                                         | **LOCAL RULE 6-2**
17 | APPLE INC.,                         |
                                         | Place:  Courtroom 5, 2nd Floor, Oakland
18 |             Defendant.              | Judge:  The Honorable Jeffrey S. White

Plaintiffs Affinity Credit Union, Greenstate Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby stipulate as follows:

1. WHEREAS, on October 14, 2022, the Parties submitted their Initial Joint Case Management Conference Statement. ECF No. 36. In that statement, Plaintiffs proposed an "Exchange of Merits Expert Report(s) 60 days from ruling on Class Certification" and an "Exchange of Mertis Expert Response Report(s) 90 days from ruling on Class Certification." *Id*. at 10. Apple did not propose a schedule because of its pending motion to dismiss. *Id*. ("Apple believes that it is premature to set a schedule for this case.").

2. WHEREAS, on November 29, 2023, the Court entered a scheduling order. ECF No. 68. That order stated: "The Court declines to adopt the uncertain dates for exchange of expert reports, dispositive and related *Daubert* motions, and related hearings. The parties shall submit a renewed proposed scheduling order with specific dates after the Court issues its ruling on the class certification motion." *Id.* at 2. The same order set the deadline for the "Exchange of Expert Report(s)" on August 21, 2025 (by 5 p.m.). *Id*.

3. WHEREAS, on August 2, 2024, the Parties stipulated to an extension of the case schedule, including moving the August 21, 2025 deadline for the "Exchange of Expert Reports" to January 23, 2026 (by 5 pm). ECF No. 79. The Court approved the stipulation on August 5, 2024. ECF No. 81 at 2; *see also* ECF No. 137 (same).

4. WHEREAS, the Court heard oral argument on Plaintiffs' motion for class certification and Apple's *Daubert* motion on October 10, 2025.

5. WHEREAS, on December 3, 2025, the Parties stipulated to initial deadlines for the exchange of expert reports with the understanding that they would revise that stipulation based on the timing of the Court's ruling on class certification. ECF No. 307. The Court approved the stipulation on December 4, 2025. ECF No. 308. As of the date of this stipulation, the Court has not issued a ruling on class certification.

6. NOW, THEREFORE, IT IS STIPULATED by and between the Parties through their respective counsel that the case schedule be modified as follows:

| Event | Deadline |
| --- | --- |
| Plaintiffs Exchange Opening Expert Report(s) | July 23, 2026 (by 5 pm) |
| Apple Exchanges Rebuttal Expert Report(s) | October 22, 2026 (by 5 pm) |
| Plaintiffs Exchange Reply Expert Report(s) | December 3, 2026 (by 5 pm) |

7. Consistent with the Court's order of November 29, 2023 (ECF No. 68), the Parties may propose future revisions to this schedule based on the timing of the Court's decision on class certification. The Parties have previously stipulated to the following time modifications: to extend Apple's time to respond to the complaint (ECF No. 15); to set a briefing scheduling for Apple's motion to dismiss the amended complaint (ECF No. 42); to extend Apple's time to answer the amended complaint (ECF No. 65); to amend the case schedule (ECF Nos. 79 & 136); and to initially set expert report deadlines (ECF No. 307).

**IT IS SO STIPULATED.**

1  Dated: February 26, 2026                LATHAM & WATKINS LLP
2                                          By:  */s/ Belinda S. Lee*
                                                Belinda S Lee

3                                          Belinda S Lee (Cal. Bar No. 199635)
4                                           belinda.lee@lw.com
                                           Sarah M. Ray (Cal. Bar No. 229670)
5                                           sarah.ray@lw.com
                                           Aaron T. Chiu (Cal. Bar No. 287788)
6                                           aaron.chiu@lw.com
                                           505 Montgomery Street, Suite 2000
7                                          San Francisco, California 94111-6538
                                           Telephone: +1.415.391.0600
8

9                                          *Attorneys for Defendant Apple Inc.*

10

11 Dated: February 26, 2026                HAGENS BERMAN SOBOL SHAPIRO LLP
                                           By:  */s/ Ben M. Harrington*
12                                              Ben M. Harrington

13                                         Ben M. Harrington (Cal. Bar No. 313877)
                                            benh@hbsslaw.com
14                                         715 Hearst Avenue, Suite 202
                                           Berkeley, California 94710
15                                         Telephone: +1.510.725.3000

16                                         Steve W. Berman (*pro hac vice*)
                                            steveb@hbsslaw.com
17                                         1301 Second Avenue, Suite 2000
                                           Seattle, Washington 98101
18                                         Telephone: +1.206.623.7292

19                                         SPERLING KENNY NACHWALTER, LLC

20                                         Eamon P. Kelly (*pro hac vice*)
                                           Joseph M. Vanek (*pro hac vice*)
21                                         Jeffrey H. Bergman (*pro hac vice*)
                                           321 N. Clark St., 25th Floor
22                                         Chicago, IL 60654
                                           Telephone: (312) 676-5845
23                                         ekelly@sperlingkenny.com
                                           jvanek@ sperlingkenny.com
24                                         jbergman@ sperlingkenny.com

25                                         Phillip F. Cramer (*pro hac vice*)
                                           1221 Broadway, Suite 2140
26                                         Nashville, TN 37203
                                           Telephone: (312) 224-1512
27                                         pcramer@ sperlingkenny.com

28                                         *Attorneys for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following dates:

| Event | Deadline |
| --- | --- |
| Plaintiffs Exchange Opening Expert Report(s) | July 23, 2026 (by 5 pm) |
| Apple Exchanges Rebuttal Expert Report(s) | October 22, 2026 (by 5 pm) |
| Plaintiffs Exchange Reply Expert Report(s) | December 3, 2026 (by 5 pm) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    By: _____

THE HONORABLE JEFFREY S. WHITE

United States District Judge

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: February 25, 2026                                  */s/ Ben M. Harrington*
                                                                            Ben M. Harrington