LATHAM & WATKINS LLP
  Belinda S Lee (Cal. Bar No. 199635)
   *belinda.lee@lw.com*
  Sarah M. Ray (Cal. Bar No. 229670)
   *sarah.ray@lw.com*
  Aaron T. Chiu (Cal. Bar No. 287788)
   *aaron.chiu@lw.com*
  Alicia R. Jovais (Cal. Bar No. 296172)
   *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman (*pro hac vice*)
   *steve@hbsslaw.com*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

  Ben M. Harrington (SBN 313877)
   *benh@hbsslaw.com*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

SPERLING KENNY NACHWALTER, LLC
  Eamon P. Kelly (*pro hac vice*)
   *ekelly@sperling-law.com*
  Joseph M. Vanek (*pro hac vice*)
   *jvanek@sperling-law.com*
  Jeffrey Bergman (*pro hac vice*)
   *jbergman@sperling-law.com*
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AFFINITY CREDIT UNION et al.,

Plaintiffs,

v.

APPLE INC.,

Defendant.

CASE NO. 4:22-CV-04174-JSW

**STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTERS**

**AS MODIFIED**

Pursuant to Civil Local Rule 7-12, Plaintiffs Affinity Credit Union, GreenState Credit Union, and Consumers Credit Union ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 6, 2026, Magistrate Judge Kandis A. Westmore determined that, "a special master appears warranted" to review to certain of Apple's privilege assertions (ECF No. 313 at 2);

WHEREAS, Judge Westmore also ordered the parties to "file a request for appointment with the presiding judge," should the parties "agree that appointment is appropriate" (*id.*);

WHEREAS, the Parties have met and conferred and have agreed, subject to Court approval, to the appointment of the Honorable Amy D. Hogue (Ret.) and the Honorable Patrick J. Walsh (Ret.) as Special Masters in this case to conduct an agreed upon review of challenged privilege log entries.

THEREFORE, the Parties hereby stipulate as follows:

1. Judge Hogue and Judge Walsh shall each cause to be filed a declaration under 28 U.S.C. Section 455 confirming that there are no grounds for disqualification;

2. Effective upon the filing of the declarations set forth in paragraph 1, Judge Hogue and Judge Walsh are each appointed pursuant to Federal Rule of Civil Procedure 53 as Special Masters to assist the Parties with reviewing the disputed privilege log entries (including the underlying challenged withheld or redacted documents), pursuant to a protocol to be agreed with the Special Masters. All other discovery disputes will be resolved by Judge Westmore unless she determines that referral to the special masters is appropriate.

3. The Special Masters may not communicate ex parte with the Court or the Parties absent consent of the Parties. However, the Special Masters may receive copies of the challenged documents from Apple. In addition, the Special Masters may request additional information from Apple; if Apple believes such information is itself privileged, Apple may seek permission of the Special Masters asking for such

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND ORDER
APPOINTING SPECIAL MASTERS
CASE NO. 4:22-CV-04174-JSW

information to provide such information *in camera*. The Special Masters may confer with each other as to the appropriate treatment of any document or category of documents. Any Special Master may also convene a hearing with the Parties to address documents.

4. The Special Masters will oversee and rule on the discovery-related disputes as limited above. All rulings will be memorialized ~~their decisions in written recommendations, which will be retained by the Special Masters and the parties and will not be filed with the Court.~~ in writing and filed on the docket, as required by Federal Rule of Civil Procedure 53(d).

5. A party may file objections to—or a motion to modify—the Special Master's rulings ~~recommendations along with a response thereto with Magistrate Judge Westmore~~ no later than 21 days from the time the Special Master's order is ~~served~~ filed. Such a filing, and response thereto, shall be in the form of a joint letter in compliance with Paragraph 7 ~~s 14(a)(ii), (a)(iii), and (b)(i)~~ of ~~Magistrate Judge Westmore's~~ Judge White's Standing Order for Civil Cases and attaching as an exhibit the relevant portion of the Special Master's ~~recommendations~~ ruling(s) to which there is objection. ~~A party may then file objections to—or a motion to modify—Magistrate Judge Westmore's recommendations with District Judge White no later than 14 days from the time Magistrate Judge Westmore's order is filed, consistent with Fed. R. Civ. Proc. 72(a).~~ Any objection to the special masters' rulings will be subject to de novo review by the district judge. *See* Fed. R. Civ. P. 53(f)(4). Unless a party objects to the Special Masters' ~~and/or Magistrate Judge Westmore's~~ rulings consistent with the foregoing, Apple will produce all documents deemed not privileged ~~by the Court~~ within seven (7) business days of such ruling unless otherwise directed by the Court. ~~If no objections are filed, the recommendations will be deemed agreed by the parties and the parties will follow the applicable recommendations as to those challenged privilege entries,~~

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

~~with Apple producing such documents to Plaintiffs within seven (7) business days of the deadline to object.~~

6. Each Special Master's hourly fee shall be his/her standard hourly rate for this type of work, to be divided equally between the Parties.

**IT IS SO STIPULATED.**

Dated: July 10, 2026

LATHAM & WATKINS LLP
By:  */s/ Alicia R. Jovais*
        Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
 *belinda.lee@lw.com*
Sarah M. Ray (Cal. Bar No. 229670)
 *sarah.ray@lw.com*
Aaron T. Chiu (Cal. Bar No. 287788)
 *aaron.chiu@lw.com*
Alicia R. Jovais (Cal. Bar No. 296172)
 *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND ORDER
APPOINTING SPECIAL MASTERS
CASE NO. 4:22-CV-04174-JSW

Dated: July 10, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ben M. Harrington*
    Ben M. Harrington

Ben M. Harrington (Cal. Bar No. 313877)
 benh@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: +1.510.725.3000

Steve W. Berman (*pro hac vice*)
 steveb@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292

SPERLING KENNY NACHWALTER, LLC

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Jeffrey H. Bergman (*pro hac vice*)
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
*ekelly@sperlingkenny.com*
*jvanek@sperlingkenny.com*
*jbergman@sperlingkenny.com*

Phillip F. Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
*pcramer@sperlingkenny.com*

*Attorneys for Plaintiffs and the Proposed Class*

**PURSUANT TO STIPULATION <u>AND THE MODIFICATIONS SET FORTH ABOVE</u>, IT IS SO ORDERED.**

Dated: July 20, 2026

By: _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND ORDER
APPOINTING SPECIAL MASTERS
CASE NO. 4:22-CV-04174-JSW