Docusign Envelope ID: 9BA2DCC9-4153-80EF-83A6-2B5EAR6092F6

HON. AMY D. HOGUE (RET.)

SIGNATURE RESOLUTION, LLC

633 WEST 5TH STREET, SUITE 1000

LOS ANGELES, CA 90071

AHOGUE@SIGNATURERESOLUTION.COM

**SPECIAL MASTER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY CREDIT UNION ET AL., | Case No.: 4:22-CV-04174-JSW |
| Plaintiffs, | |
| vs. | SPECIAL MASTER AFFIDAVIT |
| APPLE INC., | |
| Defendant. | |

On July 20, 2026, the Hon. Jeffrey S. White issued an order appointing me as a Special Master, pursuant to Federal Rule of Civil Procedure 53. This rule requires that I file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A).

I have reviewed the pleadings and the docket and determined that I do not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   7/22/2026

DocuSigned by:

*Hon. Amy D. Hogue (Ret.)*
F0C039E7623A423...

Hon. Amy D. Hogue (Ret.)

1

SPECIAL MASTER AFFIDAVIT

# <u>PROOF OF SERVICE</u>

**RE:**     **Affinity Credit Union, et al. v. Apple Inc.**
            **Case ID: XAYEA**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 633 West 5th Street, Suite 1000 Los Angeles, CA 90071

      On July 23, 2026 I served the **SPECIAL MASTER AFFIDAVIT** on the following parties. Placing a true copy to all parties as follows:

Ben M. Harrington, Esq.
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
benh@hbsslaw.com
steve@hbsslaw.com

Ben M. Harrington, Esq.
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
benh@hbsslaw.com
steve@hbsslaw.com

Eamon P. Kelly, Esq.
Jeffrey H. Bergman, Esq.
Joseph M. Vanek, Esq.
SPERLING KENNY NACHWALTER
321 North Clark Street
25th Floor
Chicago, IL 60654
ekelly@sperlingkenny.com
jbergman@sperlingkenny.com
jvanek@sperlingkenny.com

Phillip F. Cramer, Esq.
SPERLING KENNY NACHWALTER
1221 Broadway
Suite 2140
Nashville, TN 37203
pcramer@sperlingkenny.com

Aaron T. Chiu, Esq.
Alicia R. Jovais, Esq.
Belinda S. Lee, Esq.
Sarah M. Ray, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
aaron.chiu@lw.com
alicia.jovais@lw.com
belinda.lee@lw.com
sarah.ray@lw.com

( )  BY U.S. MAIL:                I caused such envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Los Angeles, California.

( )  BY FACSIMILE:             I caused such document to be sent via facsimile to each person.

(X)  BY ELECTRONIC MAIL:     I caused such document to be sent via electronic mail to each person.

( )  BY PERSONAL SERVICE:    I caused such envelope to be delivered by hand to the office of the addressee.

(X)  STATE:                   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )  FEDERAL:              I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2026 at Los Angeles, California.

*Sandra Estropia*
Sandra Estropia
Signature Resolution