LATHAM & WATKINS LLP
Belinda S Lee (Cal. Bar No. 199635)
*belinda.lee@lw.com*
Sarah M. Ray (Cal. Bar No. 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (Cal. Bar No. 287788)
*aaron.chiu@lw.com*
Alicia R. Jovais (Cal. Bar No. 296172)
*alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Ben M. Harrington (SBN 313877)
*benh@hbsslaw.com*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

SPERLING & SLATER, P.C.
Eamon P. Kelly (*pro hac vice*)
*ekelly@sperling-law.com*
Joseph M. Vanek (*pro hac vice*)
*jvanek@sperling-law.com*
Jeffrey Bergman (*pro hac vice*)
*jbergman@sperling-law.com*
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AFFINITY CREDIT UNION et al.,

Plaintiffs,

v.

APPLE INC.,

Defendant.

CASE NO. 4:22-CV-04174-JSW

**RESPONSE RE: ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES**

On October 1, 2026, the Court entered an order directing the parties to meet and confer and to advise the Court by no later than October 16, 2026 whether the parties will consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment (ECF No. 330).

The parties have met and conferred. The parties do not consent to the reassignment of this case to a magistrate judge for all purposes. Accordingly, the parties request this case be randomly reassigned to a district judge.

Dated: October 16, 2026

LATHAM & WATKINS LLP
By: */s/ Alicia R. Jovais*
Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
*belinda.lee@lw.com*
Sarah M. Ray (Cal. Bar No. 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (Cal. Bar No. 287788)
*aaron.chiu@lw.com*
Alicia R. Jovais (Cal. Bar No. 296172)
*alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

Dated: October 16, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP
By: */s/ Ben M. Harrrington*
Ben M. Harrington

Ben M. Harrington (Cal. Bar No. 313877)
*benh@hbsslaw.com*
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: +1.510.725.3000

Steve W. Berman (*pro hac vice*)
*steveb@hbsslaw.com*
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292

SPERLING KENNY NACHWALTER, LLC

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)

Jeffrey H. Bergman (*pro hac vice*)
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
*ekelly@sperlingkenny.com*
*jvanek@sperlingkenny.com*
*jbergman@sperlingkenny.com*

Phillip F. Cramer (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
*pcramer@sperlingkenny.com*

*Attorneys for Plaintiffs and the Proposed Class*

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Response Re: Order Directing Parties to Inform Court Whether They Consent to a Magistrate Judge For All Purposes. Pursuant to Civil Local Rule 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: October 16, 2026 By: */s/ Alicia R. Jovais*
Alicia R. Jovais